**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

**KIET PHAN TUAN,**                                          :

      **Petitioner,**                                   :

**vs.**                                                     : **CIVIL ACTION No. 06-00731-CG-B**

**DAVID O. STREIFF, <u>et</u> <u>al</u>.,**                 :

      **Respondents.**                                  :


<u>**ORDER**</u>

     After due and proper consideration of all portions of this file deemed relevant to the issue

raised, and there having been no objections filed, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this

Court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

     **DONE and ORDERED** this 23rd day of April, 2008.


                   /s/ Callie V. S. Granade_____
                   CHIEF UNITED STATES DISTRICT JUDGE