**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

**KIET PHAN TUAN,**                          :

    **Petitioner,**                          :

**vs.**                                      : **CIVIL ACTION No. 06-00731-CG-B**

**DAVID O. STREIFF, <u>et</u> <u>al</u>.,**   :

    **Respondents.**                         :

**<u>JUDGMENT</u>**

If is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 23rd day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE